AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| Jeffrey Deacon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.     2:26-cv-04061-GAW |
| City of Philadelphia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants City of Philadelphia, Matthew Gillespie, and Michael Goodson                    .

Date:     06/22/2026

/s/ Samuel Ritterman
*Attorney's signature*

Samuel Ritterman, PA 200383
*Printed name and bar number*

City of Phialdelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

*Address*

samuel.ritterman@phila.gov
*E-mail address*

(215) 683-9204
*Telephone number*

*FAX number*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the date set forth below this Entry of Appearance as electronically filed pursuant to the Court's ECF system and the documents are available for downloading and viewing from the ECF system.  Notice of this filing will be sent to all parties by operation of the ECF system.

DATED: June 22, 2026

*/s/ Samuel H. Ritterman*
Samuel H. Ritterman
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Office: 215-683-9204
samuel.ritterman@phila.gov